CHAPMAN LUMBER COMPANY, A CORPORATION, AND BASHFORD PLUMB-
ING AND HEATING COMPANY, A PARTNERSHIP, v. KENNETH RAY
BENFIELD AND WIFE, MARGARET ELIZABETH BENFIELD, W. H.
YARBOROUGH, JR., TRUSTEE, AND T. B. MOSELEY.

(Filed 15 April, 1942.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not
sitting, the judgment of the lower court will be affirmed without becoming
a precedent.

APPEAL by defendants T. B. Moseley and W. H. Yarborough, Jr.,
Trustee, from *Johnson, Special Judge,* at November Term, 1941, of
WAKE. Affirmed.

Special proceedings under C. S., 2593, to determine the order of
priority of liens upon and the ownership of a fund held by the clerk of
the Superior Court.

*Ehringhaus & Ehringhaus for plaintiffs, appellees.*
*Joyner & Yarborough for defendants, appellants.*

PER CURIAM. Is plaintiffs' claim, in its present form, of such nature
as to create a lien upon the specific fund in the hands of the clerk? The
court below answered in favor of the plaintiff. As to the correctness of
this ruling this Court (*Schenck, J.,* not sitting) is evenly divided in
opinion. Hence, the judgment of the Superior Court is affirmed in
accord with the usual practice in such cases, and stands as the decision
in this case without becoming a precedent. *Howard v. Coach Co.,* 216
N. C., 799, 4 S. E. (2d), 449; *Pafford v. Construction Co.,* 218 N. C.,
782, 11 S. E. (2d), 548.

Affirmed.